UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,	Case Number: 2:18-po-00025-CKD

v.	**JUDGMENT IN CRIMINAL CASE**

**LEROY J. BARRIDEAUX**

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| 38 CFR 1.218(b)(4) | Willful Destruction, Damage or Removal of Government Property |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **COURT PROBATION** for a term of 6 months, expiring on 10/1/2019, concurrent with Case No. 2:18-po-364. Your conditions of probation are as follows:

1. Your probation is unsupervised.

☐ **PAY** a fine in the amount of $0, a special assessment of $10.00 and a $0 processing fee for a total financial obligation of $10.00 due no later than 10/1/2019.

☐ **YOU ARE ALSO ORDERED TO APPEAR** for a REVIEW HEARING on _ at _ and ORDERED TO file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☒ **OTHER**: PAY RESTITUTION IN THE AMOUNT OF $13.99 to VCS FINANCE CENTER, ATTN: DIANA BOLLMAN, 1 JEFFERSON BARRACKS DRIVE, ST. LOUIS, MO 63125

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record for failure to pay. The check or money order must be made payable to: **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

Your check or money order <u>must</u> indicate <u>your name and case number</u> shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts are attached to your case for failure to pay.

DATED: 4/1/2019

*/s/ Carolyn K. Delaney*
**Carolyn K. Delaney**
United States Magistrate Judge

CRD Initials: jcs